IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RYKER WILLIAM SCHENCK,   No. C 11-00449 CW (PR)

    Petitioner,   ORDER DISMISSING CASE

  v.

PEOPLE OF THE STATE OF CALIFORNIA, et al.,

    Respondents.
_____/

    The Clerk of the Court erroneously opened this case when Petitioner filed a document entitled, "Petition for Writ of Mandate," which is related to his other pending action, <u>Schenck v. People of the State of California</u>, Case No. C 11-0448 CW (PR). Petitioner also filed a document entitled, "Amended Petition," which is a duplicate copy of the amended petition filed in Case No. C 11-0448 CW (PR). He has also filed a letter to the Court and a motion for leave to proceed <u>in forma pauperis</u>.

    The Court directs the Clerk to refile the following in Case No. C 11-0448 CW (PR) using the date they were filed: (1) the "Petition for Writ of Mandate" (docket no. 1), which shall be renamed as a "Supplement to the Petition;" (2) Petitioner's letter (docket no. 3), which shall be renamed as a "Letter re: Entrapment;" and (3) the "Amended Petition," which shall be renamed as a "Duplicate Copy of the Amended Petition". The Court will review Petitioner's "Amended Petition" in a separate written Order in Case No. C 11-0448 CW (PR).

1     The present action is DISMISSED because it was opened in
2  error.  The in forma pauperis application (docket no. 5) is DENIED
3  as moot.  No filing fee is due.  The Clerk shall close the file.
4     IT IS SO ORDERED
5  Dated: 3/31/2011                
                                    CLAUDIA WILKEN
6                                   UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT<br>
FOR THE<br>
NORTHERN DISTRICT OF CALIFORNIA

RYKER WILLIAM SCHENCK,

      Plaintiff,

v.

PEOPLE OF STATE OF CA et al,

      Defendant.

Case Number: CV11-00449 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 31, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ryker William Schenck
Marin County Jail
Prisoner No. 0092899
13 Peter Behr Drive
San Rafael, CA 94903

Dated: March 31, 2011

                              Richard W. Wieking, Clerk
                              By: Nikki Riley, Deputy Clerk